

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rig Tools, Inc., Appellant

No. 06-13-00001-CV     v.

William Patrick Leamer, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2010-389). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we deny the petition for an order permitting an interlocutory appeal and dismiss the appeal for want of jurisdiction.

We further order that the appellant, Rig Tools, Inc., pay all costs of this appeal.

RENDERED JANUARY 17, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk